AO 91 (Rev. 08/09) Criminal Complaint

AUSA CARMEN LINEBERGER

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 15-135-FJL |
| JEFFREY BRIAN MOBLEY | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 1, 2015__ in the county of __MARTIN__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Defendant, used a facility or means of interstate commerce to persuade, induce, or entice an individual under the age of 18 to engage in sexual activity. |

This criminal complaint is based on these facts:

~SEE ATTACHED AFFIDAVIT~

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brian K. Broughton, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/2/15

_____
*Judge's signature*

City and state: Fort Pierce, Florida

Frank J. Lynch, Jr., Chief U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT
## OF
## BRIAN K. BROUGHTON
## TASK FORCE OFFICER
## FEDERAL BUREAU OF INVESTIGATIONS

I, Brian K. Broughton, after being duly sworn, depose and state:

1.   I am a task force officer (TFO) with the United States Federal Bureau of Investigations (FBI). I am also employed by the Martin County Sheriff's Office (MCSO) and assigned to the Special Victims Unit, which is responsible for investigating sex related crimes and child exploitation. I have been a sworn law enforcement officer in the State of Florida since March 15, 1992.

2.   I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes, including FBI Round-up Peer-To-Peer (P2P) Investigations, Round-up EMule Investigations, Round-up ARES Investigations, Basic Sex Crimes Investigations, and Sexual Deviant Behavior. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor, including investigations of individuals suspected of violating federal child pornography laws under 18 U.S.C. §§ 2251, 2252, 2252A, 2422 and 2423. I have completed the Treasury Computer Forensic Training Program's Basic and Advanced Computer Evidence Recovery Training Courses. I have also written search warrants and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

3.   I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of

1

children. I have received specialized training in the area of child pornography and child exploitation. I have completed the Treasury Computer Forensic Training Program's Basic and Advanced Computer Evidence Recovery courses and I am currently assigned as a computer forensic examiner. I have observed and reviewed examples, and assisted in numerous child pornography and child exploitation investigations, which have involved reviewing examples of evidence in all forms of media including computer media, and have discussed and reviewed these materials with other law enforcement officers.

4. I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein, **JEFFREY BRIAN MOBLEY**. I am familiar with the facts and circumstances surrounding this investigation from my own investigative efforts, as well as from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein. Although familiar with the facts and circumstances of this investigation, I have not included each and every fact known to me about the matters set forth herein, but only those facts that I believe are necessary to establish probable cause to believe that **JEFFREY BRIAN MOBLEY** has violated of Title 18, United States Code, Section 2422(b), which makes it a crime to use a facility or means of interstate commerce to persuade, induce, or entice an individual under the age of 18 to engage in sexual activity.

### THE INVESTIGATION

5. On September 24, 2015, complainant C.U., reported to the Martin County Sheriff's Office that, in January 2014, her 14 year old daughter L.U., attended a youth program at "The Grace Place" Church in Stuart, Florida. While in the program, L.U. was under the trust and care of the youth pastor, **JEFFREY BRIAN MOBLEY** (hereinafter referred to as **MOBLEY**).

6. C.U. reported that she became suspicious of **MOBLEY's** relationship with her daughter L.U., when on or about September 17, 2015, L.U. claimed she was spending all day at school with a guidance counselor, and C.U. learned that L.U. was not at school that day. This prompted C.U. to eventually read L.U.'s journal, which detailed events of **MOBLEY** picking her up from school and taking her off campus without the parent's knowledge. L.U. also discussed going to a motel room and drinking beer with **MOBLEY**. Based on C.U.'s suspicions, an interview was arraigned with L.U. the following day.

7. On September 25, 2015, L.U. was interviewed by MCSO Detective Derek Brieske. During her interview, L.U. stated that she had sexual intercourse with **MOBLEY,** on several occasions, at **MOBLEY's** Stuart residence, and The Clarion Inn, also located in Stuart, Florida.

8. Investigators obtained video surveillance footage from The Clarion Inn, located at 1200 SE Federal Highway, Stuart, Florida. The video surveillance footage, from September 17, 2015, showed L.U. and **MOBLEY** walking through the hotel lobby and entering **MOBLEY's** hotel room #206. The Clarion Inn business records documented **MOBLEY** checking in on September 17, 2015 and previous occasions, in 2015. The hotel's video surveillance captures a 21 day period and then discards the preceding information.

9. On September 25, 2015, I conducted a forensic examination of two Samsung Galaxy cellphones belong to L.U., who admitted to using them to communicate with **MOBLEY.** During my examination, I recovered two videos from one of L.U.'s Samsung Galaxy cellphones. Both of the videos depicted sexually explicit activity between a Caucasian male and female.

10. On September 28, 2015, I met with L.U. and showed her screenshots of one of the aforementioned videos. L.U. admitted

3

that the screenshots were from a video of her and **MOBLEY**, engaging in sexual intercourse, when she was 15 years old.

11. L.U. stated that **MOBLEY** filmed their sexual encounters on numerous occasions, with his IPhone, mostly at his residence, in Stuart, Florida. L.U. described **MOBLEY's** street as being located at the far end of the Manatee Creek development. I conducted a database search, which showed an address that matched the location described by L.U., 5891 SE Grafton Drive, Stuart, Florida 34997. This address was associated with **MOBLEY**.

12. L.U. added that she had received the videos from **MOBLEY**, which were sent to her, via email, to her email account.

13. L.U. stated she also communicated with **MOBLEY**, through the internet social networking service, Twitter. Twitter is an online social networking service that enables users to send and read short 140-character messages called "tweets". Registered users can read and post tweets, but unregistered users can only read them.

14. L.U. gave me permission to access her Twitter account. Examination of L.U.'s Twitter account revealed a thread of communication, "Direct Messages", between L.U. and **MOBLEY,** who was using the Twitter screen name **@JakeLewisMoto**. A review of the communications showed an exchange of images, some of which depicted nude images of L.U., which were sent to **MOBLEY,** and a picture of an erect penis, sent to L.U., from **MOBLEY.** L.U. was 15 years old during the exchange and receipt of images.

15. Since the initiation of this investigation, I have learned that **MOBLEY** has relocated to 8928 SW 8th Street, Ocala, Florida, 34481.

16. On October 1, 2015, interviewed another female, identified as K.M., who was also part of "The Grace Place" youth program.

4

17. During her interview, K.M., who is currently 18 years of age, stated that when she was 16 and 17 years of age, she frequented **MOBLEY's** residence, on Grafton Ave, in Stuart, Florida, to watch TV and consume alcohol provided by **MOBLEY**, her youth pastor. K.M. stated that the relationship became a sexually intimate one, and she had sexual intercourse with **MOBLEY,** at his residence on several occasions. K.M. stated **MOBLEY** would usually pick her up from her house and take her to his residence in Stuart.

18. K.M. added that, during her relationship with **MOBLEY,** she exchanged nude images of herself through the social site Twitter, while she was under 18 years of age. K.M. stated that **MOBLEY** sent images of his penis directly to her through Twitter's "Direct Messages". K.M. identified her Twitter account, and identified **MOBLEY's** Twitter account as **@jffmbly.**

19. On September 30, 2015, I executed a federal search warrant on the Twitter account **@JakeLewisMoto**. On October 1, 2015, Twitter returned information for that account, which revealed numerous exchanges of nude images between **MOBLEY** and L.U., consisting pictures of penises sent by **MOBLEY** and fully nude images of sent by L.U. There were also images of both **MOBLEY** and L.U., together, nude, kissing while embracing each other in a bed. There were also sexually explicit "Direct Message" communications between **MOBLEY** and L.U.

20. Examples of the Twitter conversations include:
**MOBLEY:** "Gosh ur so sexy I wanna fuck u so bad" (9-1-15)
**L.U.:** "Ok baby lets do it right now",(9-1-15)
**MOBLEY**: "Mmm baby rub ur fingers on ur pussy for me" (9-1-15)
**L.U.:** "mmm mm",(9-1-15)
**MOBLEY**: "Can u take any pic right now or no" (9-1-15)
**MOBLEY**: "Baby it needs u my dick is so hard for u" (9-1-15)

5

**MOBLEY**: "Baby I'm gonna die I need ur mouth I need ur boobs I need ur pussy I need to come inside u over and over" (9-1-15)

21.  Based on the foregoing facts, I believe there is probable cause to charge **JEFFREY BRIAN MOBLEY** with violations of Title 18, United States Code, Section 2422(b), which makes it a crime to use a facility or means of interstate commerce to persuade, induce, or entice an individual under the age of 18 to engage in sexual activity.

Further, your affiant sayeth naught.

_____
Brian Broughton
Task Force Officer
Federal Bureau of Investigations


Sworn and subscribed to before me this 2 day of October 2015.

_____
FRANK J. LYNCH Jr.
Chief United States Magistrate Judge

6