IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14059-CR-MARTINEZ/LYNCH

18 U.S.C. § 2251(a), (e)
18 U.S.C. § 2252(a)(2), (b)(1)

UNITED STATES OF AMERICA

vs.

JEFFREY BRIAN MOBLEY,

        Defendant.
_____/

FILED BY **CGA** Deputy Clerk
**Oct 15, 2015**
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Fort Pierce, FL

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about August 4, 2015, in Martin County, in the Southern District of Florida, the defendant,

**JEFFREY BRIAN MOBLEY,**

did employ, use, persuade, induce, entice, and coerce a minor, that is "L.U.," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials, that is, an Apple iPhone, that had been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means, and such visual depiction had actually been transported and transmitted using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a).

## COUNT 2

On or about September 18, 2015, in Martin County, in the Southern District of Florida, the defendant,

**JEFFREY BRIAN MOBLEY,**

did employ, use, persuade, induce, entice, and coerce a minor, that is "L.U.," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials, that is, an Apple iPhone, that had been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means, and such visual depiction had actually been transported and transmitted using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a).

## COUNT 3

On or about September 1, 2015, in Martin County, in the Southern District of Florida, and elsewhere, the defendant,

**JEFFREY BRIAN MOBLEY,**

did employ, use, persuade, induce, entice, and coerce a minor, that is, "L.U.," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, that is, via the internet, and that such visual depiction would be produced using materials, that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and attempted to do so, in violation of Title 18, United States Code, Sections 2251(a) and (e).

2

## COUNT 4

On or about September 10, 2015, in Martin County, in the Southern District of Florida, and elsewhere, the defendant,

### JEFFREY BRIAN MOBLEY,

did employ, use, persuade, induce, entice, and coerce a minor, that is "L.U.," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials, that is, a Samsung Galaxy cellular telephone, that had been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means, and such visual depiction had actually been transported and transmitted using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a).

## COUNT 5

On or about February 13, 2015, in Martin County, in the Southern District of Florida, and elsewhere, the defendant,

### JEFFREY BRIAN MOBLEY,

did knowingly distribute a visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 6

On or about July 5, 2015, in Martin County, in the Southern District of Florida, and elsewhere, the defendant,

**JEFFREY BRIAN MOBLEY,**

did knowingly distribute a visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## FORFEITURE

1. Upon conviction of any of the violations alleged in Counts 1, 2, 3, 4, 5, and 6 of this Indictment, the defendant **JEFFREY BRIAN MOBLEY** shall forfeit to the United States any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, described in Title 18 United States Code, Section 2252, which was produced, transported, mailed, shipped or received in violation of the law; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including, but not limited to, the following:

    a.    Apple iPhone 6, SN C4KNDP22G5MH

  b.  Apple Macbook Pro Model A1278 SN C2VFDNR3DH2G

Pursuant to Title 18, United States Code, Section 2253.

                 A TRUE BILL

                 _____
                 FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
CARMEN M. LINEBERGER
ASSISTANT UNITED STATES ATTORNEY

5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

JEFFREY BRIAN MOBLEY,

**CERTIFICATE OF TRIAL ATTORNEY***

_____ Defendant. /

Indictment Case Information:

**Court Division**: (Select One)

___ Miami   ___ Key West
___ FTL     ___ WPB   _X_ FTP

New Defendant(s)           Yes ___  No _X_
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _NO_
   List language and/or dialect _____

4. This case will take _3-5_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days      _X_
   II   6 to 10 days     ___
   III  11 to 20 days    ___
   IV   21 to 60 days    ___
   V    61 days and over ___

   (Check only one)
   Petty    ___
   Minor    ___
   Misdem.  ___
   Felony   _X_

6. Has this case been previously filed in this District Court? (Yes or No) _NO_

   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) ___
   If yes:
   Magistrate Case No.   _15-135-FJL_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _10-5-15_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   _NO_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

   [signature]
   CARMEN M. LINEBERGER
   ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

CASE NO. _____

**Defendant's Name:** JEFFREY BRIAN MOBLEY

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1, 2, 3, 4 | Production of visual depictions of sexual exploitation of minors | 18:2251(a) & (e) | 15-30 years; $250,000 fine; SR: 5 years to life; $100 Spec. Assessment $5,000 Special Assessment unless indigent |
| 5, 6 | Distribution of visual depictions of sexual exploitation of minors | 18:2252(a)(2) & (b)(1) | 5 to 20 Years; $250,000 fine; SR: Five years to life $100 Special Assessment $5,000 Special Assessment unless indigent |
|  | Forfeiture | 18:2253 |  |