UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14059-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA,

v.

JEFFREY BRIAN MOBLEY,

        Defendant.
_____/



FILED BY CGA
Mar 10, 2016
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Fort Pierce

## STIPULATION OF FACTS AND ACKNOWLEDGMENT OF OFFENSE ELEMENTS IN SUPPORT OF GUILTY PLEA

I, JEFFREY BRIAN MOBLEY, (hereafter "Defendant") state that the facts set forth below are true and accurate and that the United States could prove these facts against me at trial. I am pleading guilty to Counts One, Two, Three, Four, Five and Six of the Indictment in this case, charging me with production of visual depictions of sexual exploitation of minors, in violation of Title 18, United States Code, Section 2251(a) & (e)(Counts One through Four); and distribution of visual depictions of sexual exploitation of minors, in violation of Title 18, United States Code, 2252(a)(2) & (b)(1) (Counts Five and Six). I am pleading guilty because I am in fact guilty of these charges.

### NATURE OF CHARGES TO WHICH I AM PLEADING GUILTY

I am aware of and understand the nature of the charges to which I am pleading guilty, because I have discussed the charges and what the prosecutor must prove to convict me with my attorney.

I understand that the United States must prove the following facts or elements of the offenses beyond a reasonable doubt:

**Title 18, United States Code, Sections 2251(a) & (e)- production of visual depictions of sexual exploitation of minors**

1.  That an actual minor, that is, a real person who was less than 18 years old, was depicted;

2.  That I used, persuaded, induced, enticed and/or coerced the minor to engage in sexually explicit conduct for the purpose of producing visual depictions, e.g., pictures and videos, of the conduct; and

3.  That I either (a) I knew or had reason to know that the visual depictions, e.g., pictures and videos, would be mailed or transported in interstate or foreign commerce; (b) the visual depictions, e.g., pictures and videos, was produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer;

**Title 18, United States Code, Sections 2252(a)(2) & (b)(1)- distribution of visual depictions of sexual exploitation of minors**

1.  That I knowingly distributed a visual depiction;

2.  That the depiction was transported in Interstate or foreign commerce by any means, including computer;

3.  That producing the visual depiction involved using a minor engaged in sexually explicit conduct;

4.  That the depiction is of a minor engaged in sexually explicit conduct; and

5.  That I knew that at least one performer in the visual depiction was a minor and knew that the depiction showed the minor engaged in sexually explicit conduct.

## STIPULATED FACTS

On September 24, 2015, the mother of a minor reported to the Martin County Sheriff's Office that, in January 2014, her 14 year old daughter attended a youth program at a church based in Stuart, Martin county Florida. The mother became suspicious of MOBLEY's relationship with her daughter L.U. (hereinafter referred to as the minor), when on September 17, 2015, the minor was missing from school.

The mother read her daughter's journal, which detailed events of MOBLEY picking her up from school, taking her off campus, going to a motel room and drinking beer with MOBLEY, all without her parents' knowledge or permission.

On September 25, 2015, the minor was interviewed by MCSO Detective Derek Brieske, and admitted that she had sexual intercourse with MOBLEY, on several occasions, at MOBLEY's Stuart residence, and The Clarion Inn, also located in Stuart, Florida. Investigators obtained video surveillance footage from The Clarion Inn, located at 1200 SE Federal Highway, Stuart, Florida, which showed that on September 17, 2015, the minor and MOBLEY walked through the hotel lobby and entered MOBLEY's hotel room #206. The Clarion Inn business records documented MOBLEY checking in on September 17, 2015 and previous occasions, in 2015. The hotel's video surveillance only captures a 21 day period and then discards the preceding information.

On September 25, 2015, MCSO Det. Brian Broughton conducted a forensic examination of two Samsung Galaxy cellphones, belonging to the minor, used to communicate with MOBLEY, and recovered two videos showing sexually explicit activity between a Caucasian male and a teenage female. The minor identified herself and MOBLEY from screenshots, and stated that the screenshots were from a video filmed by MOBLEY using his iPhone while they engaged in sexual intercourse, when she was 15 years old. MOBLEY filmed their sexual encounters on numerous occasions, in Stuart, Florida.

The minor added that MOBLEY sent her the videos to a Gmail account, and that she and MOBLEY communicated through Twitter, an online social networking service that enables registered users to send and read short 140-character messages called "tweets". The minor gave Det. Broughton permission to access her Twitter account, which revealed a thread of communication, sexually explicit "Direct

Message" communications between MOBLEY and the minor, in which MOBLEY requested that the minor take photos of herself while nude, using the Twitter screen name @JakeLewisMoto. There was an exchange of sexually explicit images, which depicted nude images of the minor, sent to MOBLEY, and a picture of an erect penis, from MOBLEY sent to the minor, who was 15 years old during the exchange and receipt of images.

On September 30, 2015, Det. Broughton executed federal search warrant 15-131-FJL, issued by Chief United States Magistrate Frank J. Lynch, Jr., of the Southern District of Florida, on the Twitter account @JakeLewisMoto. Information for that account revealed numerous exchanges of nude images between MOBLEY and the minor, consisting pictures of penises sent by MOBLEY and fully nude images sent by the minor. There were also images of both MOBLEY and the minor, together, nude, kissing while embracing each other in a bed. There were also sexually explicit "Direct Message" communications between MOBLEY and the minor, in which MOBLEY requested that the minor take photos of herself while nude.

Additional search warrants have been executed on the Gmail account of the minor and a second MOBLEY account.

Additional details contained within the Twitter information, showed several IP addresses associated with the users. Two IP address were found to be associated with Twitter user @JakeLewisMoto. The IP addresses 68.202.73.151 and 72.239.126.184, which were leased by Brighthouse, and assigned to customer Jeff MOBLEY, at 8929 SW 8th Street, Ocala, Florida 34481. A Florida DAVID search revealed that, on April 30, 2015, Jeffrey Brian MOBLEY replaced his Florida Driver's License, and listed his residence as 8929 SW 8th Street, Ocala, Florida 34481. Marion County Property Appraiser website listed Jeffrey MOBLEY as one of the owners of 8929 SW 8th Street, Ocala,

Florida 34481.

A forensic examination of MOBLEY's IPhone revealed videos produced on **August 4, 2015 and September 18, 2015**, of MOBLEY and the minor having oral and vaginal intercourse. The minor identified herself and MOBLEY from stills of these videos, stating MOBLEY used his Apple iPhone to record them. The minor stated the August 4, 2015 was filmed in MOBLEY's Stuart residence, and that September 18, 2015 was in MOBLEY's truck. Several other videos were found in the Gmail returns for the minor's account. Apple iPhone was made in China and traveled in foreign commerce.

A review of the minor's twitter account, revealed hundreds of "tweets" between MOBLEY and the minor. The "tweets" included photos exchanged between the two in varying stages of undress, and included at least two exchanges where MOBLEY encourages sexual activity and conduct by the and asks for photos of the sexual conduct. The minor stated that she was always in Martin County when communicating with MOBLEY.

On **September 1, 2015**, the following exchange occurred, where MOBLEY requested the minor produce sexually explicit images:

> MOBLEY: "Gosh ur so sexy I wanna fuck u so bad" (9-1-15)
> The minor: "Ok baby lets do it right now",(9-1-15)
> MOBLEY: "Mmm baby rub ur fingers on ur pussy for me" (9-1-15)
> The minor: "mmm mm",(9-1-15)
> MOBLEY: "Can u take any pic right now or no" (9-1-15)
> MOBLEY: "Baby it needs u my dick is so hard for u" (9-1-15)
> MOBLEY: "Baby I'm gonna die I need ur mouth I need ur boobs I need ur pussy I need to come inside u over and over" (9-1-15)

On **September 10, 2015**, there was another exchange in which the minor sends photos taken with her Samsung Galaxy cellular telephone. She starts off in bra and panties in the mirror. MOBLEY requests that she show more, and she gradually becomes nude in the course of the photos. He then tells her to bend over and that he wants to see

5

it all. She then sends a photo of herself in the mirror showing a view of her genitals fully exposed to the camera. MOBLEY's "tweets" then discuss the things he wants to do to her sexually. The minor's Samsung Galaxy cellular telephone, was made in China and traveled in foreign commerce.

In the minor's jackandlily2014@gmail.com email account, there are a number of emails sent from MOBLEY's Hotmail account, jffmbly@hotmail.com, which include a **February 13, 2015** email of a video of MOBLEY and the minor having sexual intercourse in MOBLEY's Stuart residence, and a **July 5, 2015** email containing a number of still photos taken from an apparent skype session as the minor was taking a shower and lewdly posing for the camera, while MOBLEY watched via SKYPE. One of the stills has MOBLEY in the smaller box on the screen (which would be his view as it streamed to his device during the session). The minor is currently 16 years of age.

MOBLEY used Apple iPhone 6, SN C4KNDP22G5MH and Apple Macbook Pro Model A1278 SN C2VFDNR3DH2G to commit the aforementioned crimes and agrees to forfeit said items.

Date: 3/10/16

Date: 3-9-16

Date: 3-9-16

By: _____

WIFREDO A. FERRER
UNITED STATES ATTORNEY

CARMEN M. LINEBERGER
ASSISTANT UNITED STATES ATTORNEY

_____
PANAYOTTA AUGUSTIN- BIRCH
ATTORNEY FOR DEFENDANT

_____
JEFFREY BRIAN MOBLEY
DEFENDANT