UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14059-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEFFREY BRIAN MOBLEY,

    Defendant.
_____/

**OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT (PSI)**

    Defendant, Jeffrey Brian Mobley, by and through his undersigned counsel, submits the following objections to the Presentence Investigation Report (hereinafter referred to as the PSI):

    1.    As to paragraphs 35, 45, 54, 64, 74, and 84, the PSI recommends a two level enhancement because the minor was in the custody, care or supervisory control of the defendant. This enhancement is incorrect.

    2.    As to paragraphs 29-30, and 90-92, the PSI recommends that the counts are not subject to grouping rules in § 3D1.2. The PSI enhances the adjusted offense level by 5 levels. It is Defendant's position that this enhancement is incorrect and the counts should be grouped together.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:     *s/Panayotta Augustin-Birch*
Panayotta Augustin-Birch
Assistant Federal Public Defender
Florida Bar No. 359970
109 North Second Street
Fort Pierce, Florida 34950
Tel:  772-489-2123
Fax: 772-489-3997
E-Mail: panayotta_augustin-birch@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on April 29, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  *s/Panayotta Augustin-Birch,* AFPD
Panayotta Augustin-Birch

## SERVICE LIST

**UNITED STATES v. JEFFREY BRIAN MOBLEY**
Case No. 15-14059-CR-MARTINEZ/LYNCH
United States District Court, Southern District of Florida

**Panayotta Augustin-Birch**
**Assistant Federal Public Defender**
109 North Second Street
Fort Pierce, FL 34950
Tel: 772-489-2123
Fax: 772-489-3997
Email: panayotta_augustin-birch@fd.org
Notices of Electronic Filing

**Carmen M. Lineberger**
**Assistant United States Attorney**
United States Attorney's Office
101 South U.S. Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel:  772-293-0944
Fax: 772-466-1020
Email: carmen.lineberger@usdoj.gov
Notice of Electronic Filing

**Nicole Garcia**
**United States Probation Officer**
United States Probation Office
Flagler Center Building
501 South Flagler Drive, Suite 400
West Palm Beach, Florida 33401
Tel: 561-804-6883
Method of Service: Email