1      UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF FLORIDA
2
          15-14059-CR-MARTINEZ/GOODMAN
3

4
UNITED STATES OF AMERICA,        )
5                                )
              PLAINTIFF,         )
6                                )
       VS.                       )
7                                )
JEFFREY BRIAN MOBLEY,            )
8                                )
              DEFENDANT.         )
9  _____)

10            (TRANSCRIPT BY DIGITAL RECORDING)

11

12         TRANSCRIPT OF CHANGE OF PLEA HAD BEFORE THE HONORABLE

13  FRANK J. LYNCH, JR., IN FORT PIERCE, SAINT LUCIE COUNTY,

14  FLORIDA, ON MARCH 10, 2016, IN THE ABOVE-STYLED MATTER.

15

16
APPEARANCES:
17
FOR THE GOVERNMENT:  CARMEN M. LINEBERGER, A.U.S.A.
18                   101 SOUTH U.S. HWY 1, SUITE 3100
                     FORT PIERCE, FL 34950 - 772 293-0944
19
FOR THE DEFENDANT:   PANAYOTTA AUGUSTIN-BIRCH, A.F.P.D.
20                   109 NORTH SECOND STREET
                     FORT PIERCE, FL 34950 - 772 489-2123
21

22

23            CARL SCHANZLEH, RPR - CM
              CERTIFIED COURT REPORTER
24              9960 SW 4TH STREET
              PLANTATION, FLORIDA 33324
25                954 424-6723

1  (FORT PIERCE, SAINT LUCIE COUNTY, FLORIDA;  MARCH 1O, 2016, IN

2  OPEN COURT.)

3          THE COURT:  THE FINAL MATTER IS A CHANGE OF PLEA.

4          UNITED STATES OF AMERICA VERSUS JEFFREY BRIAN MOBLEY,

5  15-14059-CR-MARTINEZ.

6          MS. LINEBERGER:  GOOD MORNING, YOUR HONOR.  CARMEN

7  LINEBERGER ON BEHALF OF THE GOVERNMENT.

8          THE COURT:  GOOD MORNING, MA'AM.

9          MS. AUGUSTIN-BIRCH:  GOOD MORNING, YOUR HONOR.

10  PANAYOTTA BIRCH ON BEHALF OF JEFFREY MOBLEY AND HE IS PRESENT

11  BEFORE THE COURT.

12          AND MAY I JUST HAVE ONE MINUTE BEFORE WE START?

13          THE COURT:  YES, MA'AM.

14          GOOD MORNING, MR. MOBLEY.

15          MS. AUGUSTIN-BIRCH:  YES.

16          THE DEFENDANT:  GOOD MORNING.

17          THE COURT:  TAKE YOUR TIME.

18          THERE IS NO WRITTEN PLEA AGREEMENT IN THIS CASE BUT

19  THERE IS A WRITTEN STIPULATED FACTUAL BASIS, CORRECT?

20          MS. LINEBERGER:  YES, YOUR HONOR.

21          THE COURT:  OKAY.

22          THANK YOU, MA'AM.

23          MR. MOBLEY, IF YOU WOULD RAISE YOUR RIGHT HAND FOR ME,

24  PLEASE?

25          (DEFENDANT SWORN)

```
 1                THE DEFENDANT:  I DO.

 2              THE COURT:  OKAY.  PUT YOUR HAND DOWN.

 3                          EXAMINATION

 4  BY THE COURT:

 5  Q.  TELL ME YOUR FULL NAME.

 6  A.  JEFFREY BRIAN MOBLEY.

 7  Q.  OKAY.  STEP CLOSER TO THAT.  YOU DON'T HAVE TO LEAN IN

 8  EVERY TIME IF YOU SPEAK LOUDLY.

 9         AFTER SPEAKING WITH YOUR ATTORNEY ARE YOU IN COURT

10  THIS MORNING, SIR, BECAUSE YOU WISH TO PLEAD GUILTY?

11  A.  YES, SIR.

12  Q.  I'M GOING TO ASK YOU MANY QUESTIONS DURING THIS HEARING.

13  IF AT ANY TIME I ASK YOU SOMETHING YOU DO NOT COMPLETELY

14  UNDERSTAND PLEASE INTERRUPT ME.  I DON'T MIND.

15         I WILL BE HAPPY TO REPEAT THE QUESTION FOR YOU AND

16  EXPLAIN IT TO YOU SO THAT YOU ARE SATISFIED YOU UNDERSTAND IT

17  COMPLETELY BEFORE YOU GIVE AN ANSWER.  WILL YOU DO THAT?

18  A.  YES, SIR.

19  Q.  ALSO IF AT ANY TIME YOU NEED TO SPEAK WITH YOUR ATTORNEY,

20  MISS BIRCH, WHO IS STANDING AT THE LECTERN IMMEDIATELY TO YOUR

21  LEFT IN FRONT OF ME, PLEASE LET ME KNOW, INTERRUPT ME, AND I

22  WILL GIVE YOU AS MUCH TIME AS YOU NEED TO SPEAK WITH HER.  WILL

23  YOU DO THAT?

24  A.  YES, SIR.

25  Q.  ALL RIGHT.  DO YOU UNDERSTAND, SIR, THAT YOU ARE NOW UNDER
```

1  OATH, AND IF YOU ANSWER ANY OF MY QUESTIONS FALSELY YOUR

2  ANSWERS MAY LATER BE USED AGAINST YOU IN ANOTHER PROSECUTION

3  FOR PERJURY OR MAKING A FALSE STATEMENT UNDER OATH?

4  A.  YES, SIR.

5  Q.  DO YOU UNDERSTAND THAT I AM CONDUCTING THIS CHANGE OF PLEA

6  HEARING PURSUANT TO AN ORDER OF REFERENCE FROM THE DISTRICT

7  JUDGE ASSIGNED TO YOUR CASE?

8  A.  YES, SIR.

9  Q.  DO YOU UNDERSTAND THAT I AM CONDUCTING THIS CHANGE OF PLEA

10 HEARING AT THE REQUEST OF YOU, YOUR ATTORNEY, AND THE

11 GOVERNMENT'S ATTORNEY?

12 A.  YES, SIR.

13 Q.  DO YOU UNDERSTAND THAT I AM A UNITED STATES MAGISTRATE

14 JUDGE AND WILL NOT BE THE JUDGE DECIDING WHAT SENTENCE TO

15 IMPOSE IN YOUR CASE?

16 A.  YES, SIR.

17 Q.  DO YOU UNDERSTAND THAT I WILL ONLY BE ACCEPTING YOUR GUILTY

18 PLEA THIS MORNING DURING THIS HEARING IF YOU AGREE AND CONSENT

19 THAT I MAY DO SO ON THE RECORD?

20 A.  I DO.

21 Q.  DO YOU UNDERSTAND THAT THE DISTRICT JUDGE ASSIGNED TO YOUR

22 CASE WILL MAKE ALL DECISIONS CONCERNING THE SENTENCE TO BE

23 IMPOSED IN YOUR CASE AND WILL PRESIDE OVER THE SENTENCING

24 HEARING IN YOUR CASE AT A LATER DATE?

25 A.  YES, SIR.

1  Q.  DO YOU UNDERSTAND, SIR, THAT IF YOU CONSENT AND AGREE THIS

2  MORNING THAT I MAY ACCEPT YOUR GUILTY PLEA DURING THIS HEARING

3  THAT YOU ARE GIVING UP AND WAIVING YOUR RIGHT TO REQUIRE THE

4  DISTRICT JUDGE TO BE THE JUDGE TO ACCEPT YOUR GUILTY PLEA?

5  A.  YES, SIR.

6  Q.  ALL RIGHT.  MR. MOBLEY, DO YOU NOW CONSENT AND AGREE THAT I

7  MAY ACCEPT YOUR GUILTY PLEA DURING THIS HEARING THIS MORNING,

8  SIR?

9  A.  I DO.

10        THE COURT:  AND, MISS BIRCH, DO YOU CONSENT?

11        MS. AUGUSTIN-BIRCH:  YES, YOUR HONOR.

12        THE COURT:  AND MISS LINEBERGER?

13        MS. LINEBERGER:  YES, YOUR HONOR.

14        THE COURT:  THANK YOU.

15  BY THE COURT:

16  Q.  MR. MOBLEY, HOW OLD ARE YOU, SIR?

17  A.  TWENTY-FOUR.

18  Q.  HOW FAR DID YOU GO IN SCHOOL?

19  A.  COLLEGE, FOUR YEARS.

20  Q.  DID YOU GET A DEGREE?

21  A.  YES, SIR.

22  Q.  WHERE WAS THAT?

23  A.  INDIANA WESLEY UNIVERSITY.

24  Q.  YOU CAN READ, WRITE AND UNDERSTAND ENGLISH?

25  A.  YES, SIR.

1  Q.  I ASK THAT OF EVERYONE WHO APPEARS BEFORE ME WHO INTENDS TO

2  PLEAD GUILTY IN A CRIMINAL CASE SO THAT THE RECORD REFLECT YOU

3  COULD HAVE READ DOCUMENTS IN DISCOVERY, AND INDICTMENTS, AND

4  PLEA AGREEMENTS, AND WHATEVER THERE IS, STIPULATIONS, WITHOUT

5  YOUR ATTORNEY BEING PRESENT OR WITHOUT ANYONE READING THEM TO

6  YOU.  DO YOU UNDERSTAND THAT?

7  A.  YES.

8  Q.  HAVE YOU BEEN TREATED RECENTLY FOR ANY MENTAL ILLNESS OR

9  ADDICTION TO NARCOTIC DRUGS OF ANY KIND?

10  A.  NO, SIR.

11  Q.  ARE YOU CURRENTLY UNDER THE INFLUENCE OF ANY DRUG,

12  MEDICATION, OR ALCOHOLIC BEVERAGE OF ANY KIND?

13  A.  NO, SIR.

14  Q.  HAVE YOU BEEN ABLE TO REVIEW WITH YOUR ATTORNEY ALL OF THE

15  DOCUMENTS IN DISCOVERY IN YOUR CASE?

16  A.  YES, SIR.

17  Q.  HAVE YOU RECEIVED A COPY OF THE INDICTMENT PENDING AGAINST

18  YOU AND HAVE YOU FULLY DISCUSSED THOSE CHARGES AND THE CASE IN

19  GENERAL WITH YOUR ATTORNEY?

20  A.  YES, SIR.

21  Q.  ARE YOU FULLY SATISFIED WITH THE COUNSEL, REPRESENTATION

22  AND ADVICE GIVEN YOU IN THIS CASE BY YOUR ATTORNEY?

23  A.  YES, SIR.

24  Q.  NOW, IN REVIEWING THE STIPULATED FACTUAL BASIS IT'S MY

25  UNDERSTANDING YOU INTEND TO PLEAD GUILTY TO ALL SIX COUNTS OF

1  THE INDICTMENT.

2        SO I AM GOING TO READ THE INDICTMENT TO YOU SINCE

3  THERE IS NO WRITTEN PLEA AGREEMENT.  I'M GOING TO READ THESE

4  CHARGES AND EACH OF THESE COUNTS AND THEN ASK YOU IF YOU

5  UNDERSTAND THE CHARGES AGAINST YOU AND IF THOSE ARE THE CHARGES

6  TO WHICH YOU WISH TO PLEAD GUILTY.

7        THEN I'M GOING TO HAVE THE GOVERNMENT'S ATTORNEY TELL

8  US THE POSSIBLE MAXIMUM PENALTIES YOU ARE FACING.

9        THE INDICTMENT CHARGES IN COUNT ONE.

10        ON OR ABOUT AUGUST 4TH, 2015, IN MARTIN COUNTY, IN THE

11  SOUTHERN DISTRICT OF FLORIDA, THE DEFENDANT, JEFFREY BRIAN

12  MOBLEY, DID EMPLOY, USE, PERSUADE, INDUCE, ENTICE AND COERCE A

13  MINOR, THAT IS L.U., TO ENGAGE IN SEXUALLY EXPLICIT CONDUCT FOR

14  THE PURPOSES OF PRODUCING A VISUAL DEPICTION OF SUCH CONDUCT

15  AND THAT -- AND THAT VISUAL DEPICTION WAS PRODUCED USING

16  MATERIALS, THAT IS AN APPLE IPHONE THAT HAD BEEN MAILED,

17  SHIPPED AND TRANSPORTED IN AND AFFECTING INTERSTATE AND FOREIGN

18  COMMERCE BY ANY MEANS, AND SUCH VISUAL DEPICTION HAD ACTUALLY

19  BEEN TRANSPORTED AND TRANSMITTED USING ANY MEANS AND FACILITY

20  OF INTERSTATE AND FOREIGN COMMERCE, IN VIOLATION OF TITLE 18,

21  UNITED STATES CODE, SECTION 2251(A).

22        COUNT TWO ALLEGES ON OR ABOUT SEPTEMBER 18, 2015, IN

23  MARTIN COUNTY, IN THE SOUTHERN DISTRICT OF FLORIDA, THE

24  DEFENDANT, JEFFREY BRIAN MOBLEY, DID EMPLOY, USE, PERSUADE,

25  INDUCE, ENTICE AND COERCE A MINOR, THAT IS L.U., TO ENGAGE IN

1 SEXUALLY EXPLICIT CONDUCT FOR THE PURPOSE OF PRODUCING A VISUAL

2 DEPICTION OF SUCH CONDUCT, AND THAT VISUAL DEPICTION WAS

3 PRODUCED USING MATERIALS, THAT IS AN APPLE IPHONE THAT HAD BEEN

4 MAILED, SHIPPED AND TRANSPORTED IN AND AFFECTING INTERSTATE AND

5 FOREIGN COMMERCE BY ANY MEANS, AND SUCH VISUAL DEPICTION HAD

6 ACTUALLY BEEN TRANSPORTED AND TRANSMITTED USING ANY MEANS AND

7 FACILITY OF INTERSTATE AND FOREIGN COMMERCE, IN VIOLATION OF

8 TITLE 18, UNITED STATES CODE, SECTION 2251(A).

9          COUNT THREE ALLEGES ON OR ABOUT SEPTEMBER 1, 2015, IN

10 MARTIN COUNTY, IN THE SOUTHERN DISTRICT OF FLORIDA, AND

11 ELSEWHERE, THE DEFENDANT, JEFFREY BRIAN MOBLEY, DID EMPLOY,

12 USE, PERSUADE, INDUCE, ENTICE AND COERCION A MINOR, THAT IS

13 L.U., TO ENGAGE IN SEXUALLY EXPLICIT CONDUCT FOR THE PURPOSE OF

14 PRODUCING A VISUAL DEPICTION OF SUCH CONDUCT, KNOWING AND

15 HAVING REASON TO KNOW THAT SUCH VISUAL DEPICTION WOULD BE

16 TRANSPORTED AND TRANSMITTED USING ANY MEANS AND FACILITY OF

17 INTERSTATE AND FOREIGN COMMERCE, THAT IS VIA, THE INTERNET, AND

18 THAT SUCH VISUAL DEPICTION WOULD BE PRODUCED USING MATERIALS

19 THAT HAD BEEN MAILED, SHIPPED AND TRANSPORTED IN AND AFFECTING

20 INTERSTATE AND FOREIGN COMMERCE, AND ATTEMPTED TO DO SO, IN

21 VIOLATION OF TITLE 18, UNITED STATES CODE, SECTIONS 2251(A) AND

22 (E).

23          COUNT FOUR CHARGES ON OR ABOUT SEPTEMBER 1O, 2015, IN

24 MARTIN COUNTY, IN THE SOUTHERN DISTRICT OF FLORIDA, AND

25 ELSEWHERE, THE DEFENDANT, JEFFREY BRIAN MOBLEY, DID EMPLOY,

1  USE, PERSUADE, INDUCE, ENTICE AND COERCE A MINOR, THAT IS L.U.,

2  TO ENGAGE IN SEXUALLY EXPLICIT CONDUCT FOR THE PURPOSE OF

3  PRODUCING A VISUAL DEPICTION OF SUCH CONDUCT, AND THAT VISUAL

4  DEPICTION WAS PRODUCED USING MATERIALS, THAT IS, A SAMSUNG

5  GALAXY CELLULAR TELEPHONE THAT HAD BEEN MAILED, SHIPPED AND

6  TRANSPORTED IN AND AFFECTING INTERSTATE AND FOREIGN COMMERCE BY

7  ANY MEANS, AND SUCH VISUAL DEPICTION HAD ACTUALLY BEEN

8  TRANSPORTED AND TRANSMITTED USING ANY MEANS AND FACILITY OF

9  INTERESTS STATE AND FOREIGN COMMERCE, IN VIOLATION OF TITLE 18,

10 UNITED STATES CODE, SECTION 2251(A).

11        COUNT FIVE ALLEGES ON OR ABOUT FEBRUARY 13, 2015, IN

12 MARTIN COUNTY, IN THE SOUTHERN DISTRICT OF FLORIDA, AND

13 ELSEWHERE, THE DEFENDANT, JEFFREY BRIAN MOBLEY, DID KNOWINGLY

14 DISTRIBUTE A VISUAL DEPICTION USING ANY MEANS AND FACILITY OF

15 INTERSTATE AND FOREIGN COMMERCE, AND THAT HAD BEEN SHIPPED AND

16 TRANSPORTED IN AND AFFECTING INTERSTATE AND FOREIGN COMMERCE BY

17 ANY MEANS INCLUDING BY COMPUTER, AND THE PRODUCTION OF SUCH

18 VISUAL DEPICTION INVOLVED THE USE OF A MINOR ENGAGED IN

19 SEXUALLY EXPLICIT CONDUCT AS DEFINED IN TITLE 18, UNITED STATES

20 CODE, SECTION 2256(2), AND SUCH VISUAL DEPICTION WAS OF SUCH

21 CONDUCT IN VIOLATION OF TITLE, UNITED STATES CODE, SECTIONS

22 2252(A)(2) AND (B)(1).

23        COUNT SIX ALLEGES ON OR ABOUT JULY 5, 2015, IN MARTIN

24 COUNTY, IN THE SOUTHERN DISTRICT OF FLORIDA, AND ELSEWHERE, THE

25 DEFENDANT, JEFFREY BRIAN MOBLEY, DID KNOWINGLY DISTRIBUTE A

 1  VISUAL DEPICTION USING ANY MEANS AND FACILITY OF INTERSTATE AND

 2  FOREIGN COMMERCE, AND THAT HAD BEEN SHIPPED AND TRANSPORTED IN

 3  AND AFFECTING INTERSTATE AND FOREIGN COMMERCE BY ANY MEANS

 4  INCLUDING BY COMPUTER, AND THAT -- AND THE PRODUCTION OF SUCH

 5  VISUAL DEPICTION INVOLVED THE USE OF A MINOR ENGAGED IN

 6  SEXUALLY EXPLICIT CONDUCT AS DEFINED IN TITLE 18, UNITED STATES

 7  CODE, SECTION 2256(2), AND SUCH VISUAL DEPICTION WAS OF SUCH

 8  CONDUCT, IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTIONS

 9  2252(A)(2) AND (B)(1).

10       MR. MOBLEY, DO YOU UNDERSTAND ALL SIX COUNTS AND THE

11  CHARGES CONTAINED THEREIN WHICH I JUST READ TO YOU?

12  A.  YES, SIR.

13  Q.  ARE THOSE THE SIX CRIMES AND SIX COUNTS TO WHICH YOU

14  INTENDS TO PLEAD GUILTY TODAY?

15  A.  YES, SIR.

16       THE COURT:  WHAT ARE THE POSSIBLE MAXIMUM PENALTIES,

17  MISS LINEBERGER?

18       MS. LINEBERGER:  YOUR HONOR, FOR COUNTS ONE, TWO,

19  THREE AND FOUR, EACH COUNT CALLS FOR A PENALTY OF 15 TO 30

20  YEARS IMPRISONMENT, UP TO A $250,000 FINE, SUPERVISED RELEASE

21  OF FIVE YEARS TO LIFE AND A $100 SPECIAL ASSESSMENT.

22       COUNTS FIVE AND SIX, EACH CHARGE DISTRIBUTION OF

23  VISUAL DEPICTIONS OF SEXUAL EXPLOITATIONS OF MINORS.  EACH

24  COUNT HAS A PENALTY OF A MANDATORY MINIMUM OF FIVE YEARS UP TO

25  20 YEARS IMPRISONMENT, UP TO A TWO HUNDRED -- A $1,000 FINE --

1    $250,000 FINE.  I'M SORRY, YOUR HONOR.

2            THE COURT:  OKAY.

3            MS. LINEBERGER:  AND SUPERVISED RELEASE OF FIVE YEARS

4    UP TO LIFE, AND A $100 SPECIAL ASSESSMENT.

5            THE GOVERNMENT IS ALSO SEEKING THE FORFEITURE OF AN

6    APPLE IPHONE 6 AND AN APPLE MACBOOK PRO NOTED IN THE

7    INDICTMENT, YOUR HONOR.

8            THE COURT:  OKAY.  IS THERE ANY RESTITUTION?

9            MS. LINEBERGER:  AT THIS TIME THAT IS UNDETERMINED.

10   BUT HE WOULD BE REQUIRED TO PAY RESTITUTION IF THERE IS SOME

11   DETERMINED FROM REGARDING THE VICTIM.

12           THE COURT:  THAT WILL BE ADDRESSED AT SENTENCING IF

13   THERE IS ANY RESTITUTION?

14           MS. LINEBERGER:  YES, YOUR HONOR.

15           THE COURT:  IS THAT CORRECT, MISS BIRCH?

16           MS. AUGUSTIN-BIRCH:  YES, YOUR HONOR.

17           THE COURT:  OKAY.

18   BY THE COURT:

19   Q.  MR. MOBLEY, DO YOU UNDERSTAND THE POSSIBLE PENALTIES YOU'RE

20   FACING AS TO EACH COUNT IN THE INDICTMENT AS JUST STATED ON THE

21   RECORD?

22   A.  I DO.

23   Q.  AND DO YOU UNDERSTAND THE GOVERNMENT IS SEEKING FORFEITURE

24   OF THOSE TWO ITEMS LISTED IN THE INDICTMENT AS WELL?

25   A.  YES, SIR.

```
 1  Q.  OKAY.
 2         MS. LINEBERGER:  AND, YOUR HONOR, JUST TO LET YOU
 3  KNOW.  IN THE PAST PARAGRAPH OF THE FACTUAL BASIS IT STATES
 4  THAT MR. MOBLEY AGREES TO THE FORFEITURE OF THE APPLE IPHONE 6
 5  AS WELL AS THE APPLE MACBOOK PRO.
 6         THE COURT:  WHICH ARE LISTED IN THE INDICTMENT.  YES,
 7  MA'AM.
 8         MS. LINEBERGER:  CORRECT.
 9         THE COURT:  OKAY.
10  BY THE COURT:
11  Q.  HAS ANYONE MADE ANY PROMISES OR ASSURANCES OF ANY KIND TO
12  YOU IN AN EFFORT TO INDUCE YOU TO PLEAD GUILTY IN THIS CASE,
13  MR. MOBLEY?
14  A.  NO, SIR.
15  Q.  HAS ANYONE ATTEMPTED IN ANY WAY TO FORCE YOU TO PLEAD
16  GUILTY IN THIS CASE?
17  A.  NO, SIR.
18  Q.  ARE YOU PLEADING GUILTY OF YOUR ONE FREE WILL BECAUSE YOU
19  ARE GUILTY OF THE CONDUCT SET FORTH IN EACH OF THE SIX COUNTS
20  WHICH I JUST READ TO YOU FROM THE INDICTMENT?
21  A.  YES, SIR.
22  Q.  DO YOU UNDERSTAND THAT THE OFFENSES TO WHICH YOU ARE
23  PLEADING GUILTY ARE FELONY OFFENSES, AND THAT IF YOUR PLEA IS
24  ACCEPTED YOU WILL BE ADJUDICATED GUILTY OF THOSE OFFENSES, AND
25  THAT SUCH ADJUDICATION MAY DEPRIVE YOU OF VALUABLE CIVIL
```

1  RIGHTS, SUCH AS THE RIGHT TO VOTE, THE RIGHT TO HOLD PUBLIC

2  OFFICE, THE RIGHT TO SERVE ON A JURY, AND THE RIGHT TO POSSESS

3  ANY KIND OF FIREARM?

4  A.  YES, SIR.

5  Q.  NOW, THERE IS A WRITTEN STIPULATED FACTUAL BASIS WHICH I

6  REFERRED TO EARLIER, MISS BIRCH JUST REFERRED TO AS WELL.  I

7  DID RECEIVE THAT YESTERDAY.

8         IT DOES APPEAR TO MY SATISFACTION TO CONTAIN SUCH

9  FACTS TO SUPPORT THE DEFENDANT'S GUILTY PLEAS TO EACH OF THE

10  SIX COUNTS SET FORTH IN THE INDICTMENT.

11         THE ESSENTIAL ELEMENTS ARE SET FORTH SEPARATELY, AND I

12  WILL REVIEW THOSE IN A MINUTE WITH MR. MOBLEY ON THE RECORD.

13         THE STIPULATED FACTUAL BASIS IS SIGNED BY

14  MISS LINEBERGER.  I RECOGNIZE HER SIGNATURE, AS WELL AS

15  MISS BIRCH'S SIGNATURE FOR THE DEFENDANT.

16  BY THE COURT:

17  Q.  MR. MOBLEY, ON THE SIGNATURE PAGE OF THIS STIPULATED

18  FACTUAL BASIS, IS THAT YOUR SIGNATURE ON THE THIRD LINE BELOW

19  MISS BIRCH'S?

20  A.  YES, SIR.

21  Q.  DID YOU HAVE AN OPPORTUNITY TO COMPLETELY READ THIS

22  STIPULATED FACTUAL BASIS BEFORE YOU SIGNED IT?

23  A.  YES, SIR.

24  Q.  DO YOU HAVE -- DID YOU HAVE THE OPPORTUNITY TO DISCUSS IT

25  WITH YOUR ATTORNEY AND HAVE HER ANSWER ANY OF YOUR QUESTIONS

1 | YOU HAD BEFORE YOU SIGNED IT?

2 | A.  YES, SIR.

3 | Q.  DO YOU COMPLETELY UNDERSTAND THE FACTUAL BASIS?

4 | A.  YES, SIR.

5 | Q.  DOES THIS WRITTEN STIPULATED FACTUAL BASIS ACCURATELY SET

6 | FORTH THE FACTS IN YOUR CASE AS YOU UNDERSTAND THEM TO BE?

7 | A.  YES, SIR.

8 | Q.  NOW, AS I REFERRED TO EARLIER, THERE ARE CERTAIN ESSENTIAL

9 | ELEMENTS WHICH ARE IN THE LAW REFERRED TO AS ESSENTIAL

10 | ELEMENTS.  THEY ARE FACTS WHICH THE GOVERNMENT MUST PROVE EACH

11 | AND EVERY ONE BEYOND A REASONABLE DOUBT BEFORE THEY COULD

12 | OBTAIN A CONVICTION IN A CRIMINAL CASE.  IN EACH CASE THEY ARE

13 | DIFFERENT.

14 | IN YOUR CASE THE CHARGES REGARDING COUNTS ONE THROUGH

15 | FOUR, THOSE ESSENTIAL ELEMENTS BEGIN ON THE TOP OF PAGE TWO.

16 | I'M GOING TO READ THOSE TO YOU.  AND THEN THEY GO ON DOWN ON

17 | PAGE TWO TO INVOLVE AND DISCUSS THE ESSENTIAL ELEMENTS FOR

18 | COUNTS FIVE AND SIX.  SO I'M GOING TO REVIEW THESE WITH YOU

19 | FROM YOUR STIPULATION.

20 | BEGINNING ON THE BOTTOM OF PAGE ONE OF YOUR STIPULATED

21 | FACTUAL BASIS, IT STATES, I UNDERSTAND THE UNITED STATES MUST

22 | PROVE THE FOLLOWING FACTS OR ELEMENTS OF THE OFFENSES BEYOND A

23 | REASONABLE DOUBT.

24 | TITLE 18, UNITED STATES CODE, SECTIONS 2251(A) AND (E)

25 | PRODUCTION OF VISUAL DEPICTIONS OF SEXUALLY EXPLOITATION OF

1  MINORS.

2       ONE.  THAT AN ACTUAL MINOR, THAT IS, A REAL PERSON WHO

3  WAS LESS THAN 18 YEARS OLD WAS DEPICTED.

4       TWO.  THAT I USED, PERSUADED, INDUCED, ENTICED, AND/OR

5  COERCED THE MINOR TO ENGAGE IN SEXUALLY EXPLICIT CONDUCT FOR

6  THE PURPOSE OF PRODUCING VISUAL DEPICTIONS, EG, PICTURES AND

7  VIDEOS OF THE CONDUCT.

8       AND, THREE.  THAT I EITHER,

9       A.  I KNEW OR HAD REASON TO KNOW THAT THE VISUAL

10  DEPICTIONS, EG, PICTURES AND VIDEOS WOULD BE MAILED OR

11  TRANSPORTED IN INTERSTATE OR FOREIGN COMMERCE.

12       B.  THE VISUAL DEPICTIONS, EG, PICTURES AND VIDEOS,

13  WAS PRODUCED USING MATERIALS THAT HAD BEEN MAILED, SHIPPED, OR

14  TRANSPORTED IN INTERSTATE OR FOREIGN COMMERCE BY ANY MEANS

15  INCLUDING BY COMPUTER.  TITLE 18, UNITED STATES CODE, SECTIONS

16  2252(A)(2) AND (B)(1).

17       DISTRIBUTION OF VISUAL DEPICTIONS OF SEXUAL

18  EXPLOITATIONS OF MINORS.

19       ONE.  THAT I KNOWINGLY DISTRIBUTED A VISUAL DEPICTION.

20       TWO.  THAT THE DEPICTION WAS TRANSPORTED IN INTERSTATE

21  OR FOREIGN COMMERCE BY ANY MEANS INCLUDING COMPUTER.

22       THREE.  THAT PRODUCING THE VISUAL DEPICTION INVOLVED

23  USING A MINOR ENGAGED IN SEXUALLY EXPLICIT CONDUCT.

24       FOUR.  THAT THE DEPICTION IS OF A MINOR ENGAGED IN

25  SEXUALLY EXPLICIT CONDUCT.

1           AND, FIVE.  THAT I KNEW THAT AT LEAST ONE PERFORMER IN

2    THE VISUAL DEPICTION WAS A MINOR AND KNEW THAT THE DEPICTION

3    SHOWED THAT MINOR ENGAGED IN SEXUALLY EXPLICIT CONDUCT.

4           DO YOU UNDERSTAND EACH OF THESE ESSENTIAL ELEMENTS OF

5    THE CRIMES CHARGED IN THE INDICTMENT, COUNTS ONE THROUGH SIX

6    INCLUSIVE WHICH I JUST READ TO YOU FROM THIS STIPULATED FACTUAL

7    BASIS WHICH YOU HAVE SIGNED?

8    A.  YES, SIR.

9    Q.  DO YOU AGREE -- AS TO EACH OF THESE ELEMENTS I READ TO YOU,

10   DO YOU AGREE, MR. MOBLEY, THAT THE GOVERNMENT COULD HAVE PROVEN

11   EACH OF THESE ESSENTIAL ELEMENTS BEYOND A REASONABLE DOUBT IF

12   IN FACT THIS CASE HAD GONE TO TRIAL?

13   A.  YES, SIR.

14   Q.  NOW, THE ORIGINAL STIPULATED FACTUAL BASIS IS FILED WITH

15   THE COURT, MR. MOBLEY, AND I DO NOT READ THE ENTIRE STIPULATION

16   INTO THE RECORD UNLESS SOMEONE WISHES ME TO DO SO.

17          SO NOW I WILL GO AROUND THE ROOM AND ASK THE PARTIES

18   IF ANYONE NEEDS ME TO DO SO.

19          THE COURT:  MISS LINEBERGER, DOES THE GOVERNMENT NEED

20   ME TO READ IT?

21          MS. LINEBERGER:  NO, YOUR HONOR.

22          THE COURT:  MISS BIRCH, DO YOU NEED ME TO READ IT INTO

23   THE RECORD?

24          MS. AUGUSTIN-BIRCH:  NO, YOUR HONOR.

25   BY THE COURT:

1  Q.  MR. MOBLEY, DO YOU, SIR?

2  A.  NO, SIR.

3  Q.  ALL RIGHT.

4            THE COURT:  THE ORIGINAL WILL BE FILED AS I STATED.

5  BY THE COURT:

6  Q.  MR. MOBLEY, ARE YOU A CITIZEN OF THE UNITED STATES?

7  A.  YES, SIR.

8  Q.  DO YOU UNDERSTAND THAT IF YOU VIOLATE ANY CONDITIONS OF

9  SUPERVISED RELEASE THAT YOU CAN BE GIVEN ADDITIONAL TIME IN

10 PRISON?

11 A.  YES, SIR.

12 Q.  DO YOU UNDERSTAND THE POSSIBLE CONSEQUENCES OF YOUR GUILTY

13 PLEAS IN THIS CASE?

14 A.  YES, SIR.

15 Q.  PURSUANT TO THE SENTENCING REFORM ACT OF 1984, THE UNITED

16 STATES SENTENCING COMMISSION HAS ISSUED GUIDELINES FOR JUDGES

17 TO FOLLOW IN DETERMINING A SENTENCE IN A CRIMINAL CASE.

18            DO YOU UNDERSTAND THAT THE SENTENCING GUIDELINES HAVE

19 BEEN FOUND TO BE ADVISORY AND ARE NOT BINDING ON THE DISTRICT

20 COURT IN REGARDS TO SENTENCING IN YOUR CASE?

21 A.  YES, SIR.

22 Q.  DO YOU UNDERSTAND THAT SINCE THESE ADVISORY SENTENCING

23 GUIDELINES ARE NOT MANDATORY THE SENTENCING JUDGE IS NOT

24 OBLIGATED TO FOLLOW THEM IN YOUR CASE?

25 A.  YES, SIR.

1  Q.  HAVE YOU AND YOUR ATTORNEY TALKED ABOUT HOW THE SENTENCING

2  GUIDELINES MIGHT APPLY TO YOUR CASE?

3  A.  YES, SIR.

4  Q.  DO YOU UNDERSTAND, SIR, THAT IN DETERMINING A SENTENCE THE

5  COURT IS OBLIGATED TO CALCULATE THE APPLICABLE SENTENCING

6  GUIDELINE RANGE, POSSIBLE DEPARTURES UNDER THE SENTENCING

7  GUIDELINES, AS WELL AS OTHER SENTENCING FACTORS WHICH MAY BE

8  APPLICABLE AT THE TIME OF YOUR SENTENCING?

9  A.  YES, SIR.

10 Q.  DO YOU ALSO UNDERSTAND THAT THE COURT WILL NOT BE ABLE TO

11 DETERMINE THE ADVISORY GUIDELINE SENTENCE OF YOUR CASE UNTIL

12 AFTER THE PRESENTENCE REPORT HAS BEEN COMPLETED AND YOU AND THE

13 GOVERNMENT HAVE HAD AN OPPORTUNITY TO CHALLENGE THE REPORTED

14 FACTS AND THE APPLICATIONS OF THE ADVISORY GUIDELINES

15 RECOMMENDED BY THE PROBATION OFFICE, AND THAT THE SENTENCE

16 IMPOSED MAY BE DIFFERENT FROM ANY ESTIMATE YOUR ATTORNEY MAY

17 HAVE GIVEN YOU?

18 A.  YES, SIR.

19 Q.  DO YOU ALSO UNDERSTAND THAT AFTER YOUR ADVISORY GUIDELINE

20 RANGE HAS BEEN DETERMINED THE DISTRICT COURT HAS THE AUTHORITY

21 IN SOME CIRCUMSTANCES TO DEPART FROM THE GUIDELINES AND IMPOSE

22 A SENTENCE THAT IS MORE SEVERE OR LESS SEVERE THAN THE SENTENCE

23 CALLED FOR BY THE GUIDELINES?

24 A.  YES, SIR.

25 Q.  DO YOU ALSO UNDERSTAND, SIR, THAT THE DISTRICT COURT HAS

1  THE AUTHORITY TO DEPART FROM THE GUIDELINES AND SENTENCE YOU UP

2  TO THE STATUTORY MAXIMUMS PERMITTED BY LAW IN YOUR CASE

3  INCLUDING ANY MANDATORY MINIMUM SENTENCES AS WAS ANNOUNCED BY

4  THE GOVERNMENT'S ATTORNEY ON THE RECORD THIS MORNING CONCERNING

5  THE PENALTIES INVOLVED?

6  A.  YES, SIR.

7  Q.  DO YOU UNDERSTAND THAT PAROLE HAS BEEN ABOLISHED AND THAT

8  IF YOU WERE SENTENCED TO PRISON YOU WILL NOT BE RELEASED ON

9  PAROLE?

10  A.  YES, SIR.

11  Q.  DO YOU UNDERSTAND THAT UNDER SOME CIRCUMSTANCES YOU OR THE

12  GOVERNMENT MAY HAVE THE RIGHT TO APPEAL ANY SENTENCE IMPOSED BY

13  THE DISTRICT JUDGE IN YOUR CASE?

14  A.  YES, SIR.

15  Q.  DO YOU UNDERSTAND, MR. MOBLEY, THAT YOU HAVE A RIGHT TO

16  PLEAD NOT GUILTY TO ANY OFFENSE CHARGED AGAINST YOU AND TO

17  PERSIST IN THAT PLEA.  THAT YOU WOULD THEN HAVE THE RIGHT TO A

18  TRIAL BY JURY.

19          AT TRIAL YOU WOULD BE PRESUMED TO BE INNOCENT AND THE

20  GOVERNMENT WOULD HAVE TO PROVE YOUR GUILT BEYOND A REASONABLE

21  DOUBT, AND THAT YOU WOULD HAVE THE RIGHT TO THE ASSISTANCE OF

22  COUNSEL FOR YOUR DEFENSE, THE RIGHT TO SEE AND HEAR ALL OF THE

23  WITNESSES AND HAVE THEM CROSS-EXAMINED IN YOUR DEFENSE, THE

24  RIGHT ON YOUR OWN PART TO DECLINE TO TESTIFY UNLESS YOU

25  VOLUNTARILY ELECTED TO DO SO IN YOUR OWN DEFENSE, AND THE RIGHT

1  TO THE ISSUANCE OF SUBPOENAS OR COMPULSORY PROCESS TO COMPEL

2  THE ATTENDANCE OF WITNESSES TO TESTIFY IN YOUR DEFENSE?

3       MR. MOBLEY, DO YOU UNDERSTAND EACH OF THESE RIGHTS AS

4  I HAVE JUST DESCRIBED THEM TO YOU?

5  A.  YES, SIR.

6  Q.  DO YOU UNDERSTAND THAT SHOULD YOU DECIDE NOT TO TESTIFY OR

7  PUT ON ANY EVIDENCE THOSE FACTS CAN NOT BE USED AGAINST YOU?

8  A.  YES, SIR.

9  Q.  DO YOU FURTHER UNDERSTAND THAT BY ENTERING A PLEA OF GUILTY

10 THIS MORNING TO THESE COUNTS IF THAT PLEA IS ACCEPTED BY THE

11 COURT THERE WILL BE NO TRIAL, AND WILL YOU HAVE WAIVED AND

12 GIVEN UP YOUR RIGHT TO A TRIAL AS WELL AS ALL OF THOSE OTHER

13 RIGHTS ASSOCIATED WITH A TRIAL AS I HAVE JUST DESCRIBED THEM TO

14 YOU?

15 A.  YES, SIR.

16 Q.  NOW, MR. MOBLEY, YOU RECALL THE SIX COUNTS -- EACH OF THE

17 SIX COUNTS WHICH I READ TO YOU EARLIER DURING THIS HEARING FROM

18 THE INDICTMENT?

19 A.  I DO.

20 Q.  I AM GOING TO ASK YOU SEPARATELY AS TO EACH COUNT HOW YOU

21 PLEAD, GUILTY OR NOT GUILTY.

22       AS TO COUNT ONE OF THE INDICTMENT, SIR, HOW DO YOU NOW

23 PLEAD, GUILTY OR NOT GUILTY?

24 A.  GUILTY.

25 Q.  AS TO COUNT TWO OF THE INDICTMENT, SIR, HOW DO YOU NOW

1  PLEAD, GUILTY OR NOT GUILTY?

2  A.  GUILTY.

3  Q.  AS TO COUNT THREE OF THE INDICTMENT, SIR, HOW DO YOU NOW

4  PLEAD, GUILTY OR NOT GUILTY?

5  A.  GUILTY.

6  Q.  AS TO COUNT FOUR OF THE INDICTMENT, SIR, HOW DO YOU NOW

7  PLEAD, GUILTY OR NOT GUILTY?

8  A.  GUILTY.

9  Q.  AS TO COUNT FIVE OF THE INDICTMENT, HOW DO YOU NOW PLEAD,

10 SIR, GUILTY OR NOT GUILTY?

11 A.  GUILTY.

12 Q.  AND AS TO COUNT SIX OF THE INDICTMENT, SIR, HOW DO YOU NOW

13 PLEAD, GUILTY OR NOT GUILTY?

14 A.  GUILTY.

15         THE COURT:  IT IS THE RECOMMENDATION OF THIS COURT IN

16 THE CASE OF UNITED STATES OF AMERICA VERSUS JEFFREY BRIAN

17 MOBLEY THAT THE DEFENDANT IS FULLY COMPETENT AND CAPABLE OF

18 ENTERING AN INFORMED PLEA, THAT THE DEFENDANT IS AWARE OF THE

19 NATURE OF THE CHARGES AND THE CONSEQUENCES OF THE PLEA, AND

20 THAT HIS PLEAS OF GUILTY ARE KNOWING AND VOLUNTARY PLEAS

21 SUPPORTED BY AN INDEPENDENT BASIS IN FACT CONTAINING EACH OF

22 THE ESSENTIAL ELEMENTS OF THE OFFENSES CHARGED IN COUNTS ONE,

23 TWO, THREE, FOUR, FIVE AND SIX OF THE INDICTMENT AS TO THIS

24 DEFENDANT.

25         THIS COURT FURTHER RECOMMENDS THAT THE DEFENDANT

1  DEFENDANT'S GUILTY PLEAS BE ACCEPTED AND THAT THE DEFENDANT BE

2  ADJUDGED GUILTY OF THE OFFENSES SET FORTH IN COUNTS ONE, TWO,

3  THREE, FOUR, FIVE AND SIX OF THE INDICTMENT AS TO HIM.

4          MR. MOBLEY, DO YOU UNDERSTAND THAT A WRITTEN

5  PRESENTENCE REPORT WILL BE PREPARED BY THE PROBATION OFFICE TO

6  ASSIST THE DISTRICT JUDGE IN SENTENCING?

7          THE DEFENDANT:  YES, SIR.

8          THE COURT:  DO YOU UNDERSTAND THAT YOU WILL BE ASKED

9  TO GIVE INFORMATION FOR THAT REPORT AND YOU HAVE THE RIGHT TO

10 HAVE YOUR ATTORNEY PRESENT AT THAT TIME IF YOU WISH?

11         THE DEFENDANT:  YES, SIR.

12         THE COURT:  DO YOU UNDERSTAND THAT THE COURT WILL

13 PERMIT YOU AND YOUR ATTORNEY TO READ THE PRESENTENCE REPORT AND

14 FILE ANY OBJECTIONS TO THAT REPORT PRIOR TO YOUR SENTENCING

15 HEARING?

16         THE DEFENDANT:  YES, SIR.

17         THE COURT:  AND DO YOU UNDERSTAND THAT YOU AND YOUR

18 ATTORNEY WILL HAVE THE RIGHT AND OPPORTUNITY TO SPEAK ON YOUR

19 BEHALF AT YOUR SENTENCING HEARING SHOULD YOU CHOOSE TO DO SO?

20         THE DEFENDANT:  YES, SIR.

21         THE COURT:  AND DO YOU UNDERSTAND THAT IF THERE ARE

22 ANY VICTIMS OF THE OFFENSES TO WHICH YOU HAVE PLED GUILTY,

23 THOSE VICTIMS WILL BE GIVEN AN OPPORTUNITY TO BE HEARD AND

24 ADDRESS THE COURT AT SENTENCING AS WELL?

25         THE DEFENDANT:  YES, SIR.

1          THE COURT:  SENTENCING HAS BEEN SET BY JUDGE MARTINEZ

2   FOR MONDAY, MAY 9TH, 2016, AT 1:30 P.M. IN THIS COURTHOUSE.

3          THE DEFENDANT IS PRESENTLY DETAINED UNDER MY PREVIOUS

4   ORDER AND I WILL CONTINUE HIS DETENTION PENDING SENTENCING.

5          ANYTHING ELSE IN MR. MOBLEY'S MATTER?

6          MS. LINEBERGER:  NO, YOUR HONOR.  THANK YOU.

7          THE COURT:  OKAY.  THANK YOU VERY MUCH.

8          WE WILL BE IN RECESS.

9                              - - -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

24

```
 1
 2
 3                    C E R T I F I C A T E
 4
 5
 6  UNITED STATES OF AMERICA
 7  SOUTHERN DISTRICT OF FLORIDA
 8
 9
10       I, CARL SCHANZLEH, OFFICIAL COURT REPORTER OF THE UNITED
11  STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, DO
12  HEREBY CERTIFY THAT THE FOREGOING 23 PAGES CONSTITUTE A TRUE
13  TRANSCRIPT OF THE PROCEEDINGS HAD BEFORE THE SAID COURT HELD IN
14  THE CITY OF FORT PIERCE, FLORIDA, IN THE MATTER THEREIN STATED.
15       IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS
16  13TH DAY OF JUNE 2016.
17
18                          /S/CARL SCHANZLEH
                            CARL SCHANZLEH, RPR-CM
19                          CERTIFIED COURT REPORTER
                            9960 SW 4TH STREET
20                          PLANTATION, FL 33324
                            TELEPHONE 954 424-6723
21
22
23
24
25
```