FILED BY_____ D.C.

OCT 31 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT PIERCE

Page 2

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | |
|---|---|---|
| Name (under which you were convicted):<br>Jeffrey Brian Mobley | | Docket or Case No.:<br>2:15-cr-14059-JEM |
| Place of Confinement:<br>USP Terre Haute | | Prisoner No.:<br>63344-018 |
| UNITED STATES OF AMERICA | | Movant (include name under which you were convicted) |
| | v. | Jeffrey Brian Mobley |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   United States District Court
   Southern District of Florida
   Fort Pierce Division

   (b) Criminal docket or case number (if you know): 2:15-cr-14059-JEM

2. (a) Date of the judgment of conviction (if you know):

   May 12, 2016

   (b) Date of sentencing: Same

3. Length of sentence: 540 months (45 years)

4. Nature of crime (all counts):

   Counts 1-4: Production of visual depictions of sexual exploitation of minors in violation of 18 U.S.C. 2251(a), (e)

   Counts 5-6: Distribution of visual depictions of sexual exploitation of minors in violation of 18 U.S.C. §2252(a)(2), (b)(1)

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐     (2) Guilty ☑     (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?



6. If you went to trial, what kind of trial did you have? (Check one)     Jury ☐     Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☑

8. Did you appeal from the judgment of conviction?   Yes ☑   No ☐

9. If you did appeal, answer the following:

   (a) Name of court:  United States Court of Appeals for the Eleventh Circuit

   (b) Docket or case number (if you know):   16-12969-GG

   (c) Result:  Affirmed

   (d) Date of result (if you know):

   (e) Citation to the case (if you know):

   (f) Grounds raised:
   1) Magistrate failed to comply with Fed. R. Crim. P. 11 in that he failed to explain the mandatory minimum sentences Mobley faced and such error affected Mobley's substantial rights.
   2) The imposition of the 45-year sentence was not substantively reasonable. Court improperly sentenced Mobley on the basis it would give him a reason to behave in jail and other factors not contained in 18 U.S.C. §3553(a).
   3) District Court erred in enhancing Mobley's offense level by two levels on account of victim being in custody, care or supervisory control of Mobley, and in overruling Mobley's objections to those enhancements in the PSR.

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑

     If "Yes," answer the following:

     (1) Docket or case number (if you know):

     (2) Result:

     (3) Date of result (if you know):

     (4) Citation to the case (if you know):

     (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

     Yes ☐   No ☑

11. If your answer to Question 10 was "Yes," give the following information:

   (a) (1) Name of court:

     (2) Docket or case number (if you know):

     (3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ☐  No ☐

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ☐  No ☐

(7) Result:

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:    Yes ☐   No ☐

(2) Second petition:   Yes ☐   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE:  **Newly Discovered Evidence**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
    Mr. Mobley's Attorney failed to raise not only **Miller** factors but also failed to raise the McCoy issue.

(b) Direct Appeal of Ground One:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐   No ☑

    (2) If you did not raise this issue in your direct appeal, explain why:
        Mr. Mobley is a Layman in Law and has never been a defendant in a criminal case. He did not discover the new evidence until now.

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐   No ☑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:




GROUND TWO: **Gross Ineffective Assistance of Counsel**


(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Mr. Mobley's Attorney failed to raise mitigating factors at sentencing, i.e., psychological evaluation. His Attorney also was disloyal to Mr. Mobley when she lied, threatened, and coerced him into taking a guilty plea thinking that he would receive no more than 15 years.

(b) Direct Appeal of Ground Two:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

       Yes ☐   No ☑

    (2) If you did not raise this issue in your direct appeal, explain why:

       `Appeal Attorney ignored Mr. Mobely's request to raise the issue (IAC).`

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

       Yes ☐   No ☐

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

       Yes ☐   No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

       Yes ☐   No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

       Yes ☐   No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND THREE: Prosecutorial Misconduct

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The U.S. Attorney's Office failed to honor a verbal contract with Mr. Mobley's Attorney concerning a promise of no more than a 15 year sentence.

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

Pre-trial Attorneys promise that on the word of the Prosecutor that the defendant would not receive more than 15 years. This was deceptive on their part.

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND FOUR: **Fraud Upon the Court**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Court had an obligation to protect Mr. Mobley's due process rights see **United States v. Nobles** (1975). The Court failed to do that when it did not question Mr. Mobley as to whether or not a written plea or verbal plea was offered to him and if his decision to plead guilty was without coercion or threats.

(b)  **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

       Yes ☐  No ☑

    (2) If you did not raise this issue in your direct appeal, explain why:

       Defendant is a Layman and unsophisticated in Law and could not have come to understand exactly what legal issued should have been raised until now.

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

       Yes ☐  No ☐

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:


    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):


    (3) Did you receive a hearing on your motion, petition, or application?

       Yes ☐   No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

       Yes ☐   No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

       Yes ☐   No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:


    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:  No.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?      Yes ☐   No ☐
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:
    Panayotta Augustin-Birch, Assistant Federal Public Defender
    109 North 2nd Street, Ft. Pierce, FL 34950
(b) At arraignment and plea:
    Same as (a)

(c) At trial: N/A

(d) At sentencing:
    Same as (a)

(e) On appeal:
Paul J. Kneski, Plantation Medical Arts Building,
333 N.W. 70th Ave., Suite 110, Plantation, FL 33137

(f) In any post-conviction proceeding:
N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:


(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

Equitable Tolling and newly discovered evidence can be raised at any time. so is the case with Fraud Upon the Court.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief:

Vacate and remand for a new trial.

or any other relief to which movant may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on

(month, date, year).

Executed (signed) on   10/25/23   (date).

_____

Signature of Movant    JEFFREY BRIAN MOBLEY
                       ID# 63344-018
                       USP TERRE HAUTE
If the person signing is not movant, state relationship to movant and explain why movant is not    P.O. BOX 33
signing this motion.                                                                                TERRE HAUTE, IN 47808

⇔63344-018⇔
Jeffrey Mobley
PO BOX 033
USP Terre Haute
Terre Haute, IN 47808
United States

**CERTIFIED MAIL**

9589 0710 5270 0679 6595 13



US POSTAGE

$ 000.00

INMATE
IDENTIFICATION
CONFIRMED



⇔63344-018⇔
Clerk Of Court
#1016
101 S US Highway 1
US District Court
FORT Pierce, FL 34950
United States

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERS DISTRICT OF FLORIDA (FT. PIERCE)
101 S. US HIGHWAY ONE (#1016)
FT. PIERCE, FL 34950

OCTOBER 25, 2023

RE: WRIT OF HABEAS CORPUS 28 U.S.C.
§2255, MOTION FOR APPOINTMENT
OF COUNSEL, MOTION FOR
EVIDENTIARY HEARING

Dear Clerk,

Please find enclosed two copies of the above referenced Motions. Please file the originals and return the copies to me marked received/filed. For your convenience I have enclosed a self-addressed stamped envelope.

Thank you for your cooperation with this matter, and I await your reply.

Sincerely,

JEFFREY BRIAN MOBLEY
ID# 63344-018
USP TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IN 47808
CASE NO. 2:15-cr-14059-JEM